Paul Ziegler, Respondent, v. Henry Raabe, Jr., and Herman Raabe, Composing the Firm of Henry Raabe & Sons, Appellants.— Judgment and order affirmed, with costs. No opinion.

Realty Protective Company, Appellant, v. Lillie J. Earle, Respondent.— Judgment affirmed, with costs. No opinion.

Oakley Weeks, Respondent, v. Henry M. Whitehead, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion.

In the Matter of the Transfer Tax upon the Estate of Charles Ramsdill, Deceased. The Comptroller of the State of New York, Appellant; Henry A. Bascom, as Administrator, etc., of Charles Ramsdill, Deceased, Respondent.— Order affirmed, with costs and disbursements, on authority of *Matter of James* (144 N. Y. 6).

Josephine A. Habirshaw, Respondent, v. Thusnelda Isler and Others. Impleaded with the People of the State of New York, Appellant. (3 cases).— Orders affirmed, with ten dollars costs and disbursements in each case, on *Haley* v. *Sheridan* (107 App. Div. 17).

Hudson and Manhattan Railroad Company, Respondent, v. Alice J. Phyfe, Appellant, Impleaded with the National Savings Bank of Albany and Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Mary Ludlam, Respondent, v. Henry A. Ludlam, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James G. Collins, Appellant, v. John F. Ahearn, as President of the Borough of Manhattan, City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George I. Malcom, Committee, etc., of Louisa Malcom Stenton, an Incompetent Person, Respondent, v. Burton W. Gibson and Others, Impleaded with Frederick H. Whitin and Others, Appellants. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Pierre V. C. Miller, Appellant, to Vacate a Subpœna Issued to Him in the Case of G. Himmighoffen, Respondent, v. Rosario Mining and Milling Company, an Action Pending in the District Court of Tarrant County, Texas. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Pierre V. C. Miller, Appellant, to Vacate a Subpœna Issued to Him in the Case of G. Himmighoffen, Respondent, v. Rosario Mining and Milling Company, an Action Pending in the District Court of Tarrant County, Texas. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Stephen Van Rensselaer Martling and Others Respondents, for the Revocation of Letters Testamentary and the Removal as Testamentary Trustees of Anna M. Martling and Others, Executors of and Trustees under the Last Will and Testament of Stephen H. Martling, Deceased. Anna M. Martling, as Executrix of and Trustee under the Will of Stephen H. Martling, Deceased, Appellant.— Decree affirmed, with costs. No opinion.